JULIUS G. WETZLAR, Respondent, *v.* CATHERINE S. WOOD et al., Appellants, and EMIL WETZLAR et al., as Trustees under the Will of GUSTAVE J. WETZLAR, Deceased, Respondents.

*Wetzlar* v. *Wood*, 154 App. Div. 890, affirmed.
(Submitted February 3, 1915; decided February 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 24, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to have certain assignments declared usurious and void.

*C. Andrade, Jr.*, for appellants.

*Henry L. Scheuerman* and *Paul M. Herzog* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J.; HISCOCK, CHASE, CUDDEBACK, HOGAN and SEABURY, JJ. Not sitting: MILLER, J.

---

JOSEPHINE CLEMENTS, Respondent, *v.* J. MORGAN CLEMENTS, Appellant.

*Clements* v. *Clements*, 152 App. Div. 949, affirmed.
(Submitted February 3, 1915; decided February 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 25, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for a separation.

*John S. Wise, Jr.*, for appellant.

*Charles K. Allen* and *Standish Chard* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.